# Notice Recipients

| District/Off: 0207–8 | User: sdolan | Date Created: 5/21/2015 |
|---|---|---|
| Case: 8−15−72201−las | Form ID: pdf008 | Total: 16 |

**Recipients of Notice of Electronic Filing:**
ust     United States Trustee     USTPRegion02.LI.ECF@usdoj.gov
tr      Marianne DeRosa           Derosa@ch13mdr.com
aty     Valmiro L Donado          vdonado@thedonadolawfirm.com

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db         Maria Angelica Silva      39 Nassau Avenue       Plainview, NY 11803
smg        United States Trustee     Office of the United States Trustee     Long Island Federal Courthouse     560 Federal Plaza – Room 560     Central Islip, NY 11722–4437
8590551    7026Barclays Bank Delaware     125 S West St     Wilmington, DE 19801
8590552    Bureau of Accounts Con     PO Box 538     Howell, NJ 07731
8590554    Cap One     PO Box 85520     Richmond, VA 23285
8590555    Cap One NA PO     Box 26625     Richmond, VA 23261
8590556    Capl/Hlzbg     26525 N Riverwoods Blvd     Mettawa, IL 60045
8590557    Gateway One Lending     160 N Riverview Dr Ste 1     Anaheim, CA 92808
8590553    Suntrust Mortgage/CC 5     1001 Semmes Ave     Richmond, VA 23224
8590558    Syncb/Care Credit     950 Forrer Blvd     Kettering, OH 45420
8590559    Syncb/JCP     PO Box 965007     Orlando, FL 32896
8590560    Syncb/Lord & Tay     PO Box 965015     Orlando, FL 32896
8590561    Syncb/Sleepys     PO Box 965036     Orlando, FL 32896

TOTAL: 13