UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X          Chapter 13
IN RE:

      MARIA ANGELICA SILVA                                   Case No.: 8-15-72201-las

                                                     **Amended**
             **Debtor.**                                                    **CHAPTER 13 PLAN**
-------------------------------------------------------X

1. The future earnings of the Debtor are submitted to the supervision and control of the trustee, and the Debtor shall pay to the trustee for total of 36 months, the sum of:
        $700 commencing May 2015 through and including April 2020 for a period of 60 months;

2. From the payments so received, the Trustee shall make disbursements as follows:
(a) Full payment in deferred cash payments of all claims entitled to priority under 11 U.S.C. 507.
(b) Holders of allowed secured claims shall retain the liens securing such claims and shall be paid as follows:
U.S. Bank (mortgage holder) to be paid pre-petition arrears in the sum of $35,000 plus 0% interest over the life of the Plan.
(c) The Debtor shall make all post-petition payments, including but not limited to mortgage payments, vehicle, payments, real estate taxes and income taxes, outside the Plan.

3. All lease agreements are hereby assumed, unless specifically rejected as follows:
-None-

4. Subsequent to distribution to secured creditors, dividends to unsecured creditors whose claims are duly allowed as follows: PRO RATA distribution to all timely filed proofs of claim of not less than __8__ % (percent).

5. During the pendency of this case, if unsecured creditors are paid, pursuant to paragraph 2(c), less than one hundred percent (100%), the Debtor shall provide the Trustee with signed copies of filed federal and state tax returns for each year no later than April 15th of the year following the tax period. Indicated tax refunds are to be paid to the Trustee upon receipt; however, no later than June 15th of the year in which the tax returns are filed.

6. Title to the Debtor's property shall revest to the Debtor upon completion of the Plan or dismissal of the case, unless otherwise provided in the Order confirming the Plan. Throughout the term of this Plan, the Debtor will not incur post-petition debt over $2,000.00 without written consent of the Chapter 13 Trustee or the Court.

Dated: June 25, 2015

/s/ Maria Angelica Silva                                        /s/ Valmiro L. Donado
Maria Angelica Silva (Debtor)                               Valmiro L. Donado, Esq.
                                                               Attorney for Debtor